IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-3386-RB |
| vs. | ) |
| **JOSEPH RAY MENDIOLA, et al**, | ) |
| Defendants. | ) |

## UNITED STATES' NOTICE OF RELATED CASES

The United States of America hereby submits this notice to inform the Court that this case is related to the following cases:

*United States v. Joseph Vallejos, et al,* Case No. 15-mj-3314;

*United States vs. Mia Coy Campbell,* Case No. 15-mj-3315;

*United States vs. Javier Madrid,* Case No. 15-mj-3316;

*United States vs. James Hill,* Case No. 15-mj-3318;

*United States vs. Jason Martinez, et al,* Case No. 15-mj-3319; and

*United States v. Israel Luna*, Case No. 15-mj-3327;

The charges alleged against the defendants in all seven (7) cases are based on the same investigation and/or events.

Respectfully submitted,

DAMON P. MARTINEZ
United States Attorney

*/s/ Electronically filed 9/28/15*

RANDY M. CASTELLANO
Assistant United States Attorney
555 S. Telshor, Ste. 300
Las Cruces, New Mexico 88011
(575) 522-2304

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification to opposing counsel of record, on this 28th day of September, 2015.

/s/
RANDY M. CASTELLANO
Assistant United States Attorney