IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 15-3386 RB |
| ) | |
| vs. ) | |
| ) | |
| **JOSEPH RAY MENDIOLA**, ) | |
| ) | |
| Defendant. ) | |

## GOVERNMENT'S WITNESS LIST

COMES NOW the United States of America, by and through Damon P. Martinez, United States Attorney, and Randy M. Castellano, Assistant United States Attorney, and hereby respectfully submits the following list of witnesses who may be called to testify in the trial of the above-captioned matter:

1. **Colin McGuire**, Federal Bureau of Investigation (FBI)
2. **Joseph Whirlow**, FBI
3. Anthony Scheidel, FBI
4. **Katy Brusuelas**, FBI
5. **Daniel Lavis**, FBI
6. **Benjamin Saxey**, FBI
7. **Matthew McCloskey**, FBI
8. Richard Tovar, FBI TFO
9. Curtis Yarnall, FBI TFO
10. **Jack Marberger**, FBI

11. Greg Waterson, FBI

12. Michael Marcyz, FBI

13. Christopher Maestas, FBI TFO

14. Matthew Salcido, FBI TFO

15. Alan Luke Miller, FBI

16. **Shannon Enocks**, FBI

17. Raymond Mauk, FBI

18. William Kirkpatrick, DEA

19. Ismael Porras, DEA

20. **Joseph Gelinas**, DEA

21. John Duffey, DEA

22. Gavin Wallach, United States Marshals Service

23. **Joseph Mason**, Roswell Police Department (RPD)

24. **Richard Romero**, RPD

25. Tracy Mounts, RPD

26. Brad Bailey, RPD

27. Gary Carrasco, RPD

28. Charles Drake, RPD

29. Dylan Thoms, RPD

30. **Curtis Mowbray**, RPD

31. **John Meredith**, RPD

32. George Arroyo, RPD

33. John Gokey, RPD

34. Jeff Prince, RPD

35. **George Lebarton**, Lea County Drug Task Force (LCDTF)

36. **Byron Wester**, LCDTF

37. **Stanley Jordan**, LCDTF

38. **Chris Leyva**, LCDTF

39. **Michael Fry**, LCDTF

40. **John Baggientes**, LCDTF

41. **Giovanny Ramirez**, Chaves County Sheriff's Office (CCSO)

42. Pedro Villarreal, CCSO

43. Osbaldo Vasquez, CCSO

44. Michael Shannon, CCSO

45. Jeremy Parner, CCSO

46. **Lisa Brackeen**, Chaves County Metro Narcotics Task Force (CCMNTF)

47. **Mark Mahone**, CCMNTF

48. **Gerald Juarez**, CCMNTF

49. **Nate Clay**, RPD

50. **Bart Devos**, RPD

51. **Travis Hardy**, CCMNTF

52. **Andres Salas**, CCMNTF

53. **David Whitzel**, Carlsbad Police Department

54. **Jorge Martinez**, PVDTF

55. **Lenin Leos**, PVDTF

56. Ray Smith, PVDTF

57. James McCormick, PVDTF

58. Manuel Avila, Eddy County Sheriff's Office (ECSO)

59. Fredrick Gygi, Artesia Police Department

60. Jay Blakeny, New Mexico State Police (NMSP)

61. Antonio Palomares, NMSP

62. David Candeleria, NMSP

63. Paul Vaughn, NMSP

64. Jose Gayton, NMSP

65. Buddy Haider, NMSP

66. Julian Torrez, NMSP

67. Robert Ramirez, NMSP

68. E. Palomarez, NMSP

**69. Southern New Mexico Crime Laboratory Analyst**

**70. DEA Crime Laboratory Analyst**

**71. Cooperating Witness (CW) #1**

**72. CW #2**

**73. CW #3**

**74. CW #4**

**75. CW #5**

**76. CW #6**

The United States reserves the right to call additional witnesses in its case-in-chief, for rebuttal, or as may otherwise become appropriate during the course of the trial.

Respectfully Submitted,

DAMON P. MARTINEZ
United States Attorney

***Filed electronically on 10/9/16 by***
RANDY M. CASTELLANO
JOHN A. BALLA
Assistant U.S. Attorneys
555 S. Telshor Blvd., Ste. 300
Las Cruces, NM   88011
(575) 522-2304 - Tel.

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification to defense counsel of record on this date.
　　　　　　　/s/
RANDY M. CASTELLANO
Assistant U.S. Attorney