UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
**BEFORE THE HONORABLE BARBARA S. EVANS**

CRIMINAL CLERK'S MINUTES at Roswell

CASE NUMBER: **15-3386 RB**     DATE: **8/11/2021**     TAPE NUMBER: **LCR-ROSWELL**

CLERK: **KENDRA MATHISON**

TYPE OF HEARING: **INITIAL PRESENTMENT**

| DEFENDANT(S): | ATTORNEY(S): | Appt'd. | Ret'd. |
|---|---|---|---|
| **Louis Escobar** | | ☐ | ☐ |

Interpreter: - N/A
Pretrial Officer present: Eddie Casteneda
Court in Session: 3**:15 P.M. to 3:30 P.M. (15 MINS)**

☒  Defendant was given/read a copy of charging document

☐  Agent sworn in OPEN COURT

☒  Court questions Defendant regarding his/her physical and mental conditions, address, DOB, education

☒  Court advises defendant(s) of possible penalties

☒  Court advises defendant(s) of all constitutional rights

☐  ORAL Motion for detention Hearing by Government

☐  Court grants Government's ☐  Defense ☐  oral motion to continue detention hearing

☐  Waiver of preliminary hearing & right to grand jury presentment filed in open court

☒  Defendant(s) in custody

☐  Defendant(s) detained without bond as:  Risk of Flight ☐   Danger to Community ☐

☐  Conditions of Release set at:

☒  Other: **ARRAIGNMENT/DETENTION HEARING IN LAS CRUCES ON TUESDAY, AUGUST 17th, 2021 AT 9:00 A.M. BEFORE JUDGE GARZA.**