# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)
(by Zoom Video Conference)

Before the Honorable Carmen E. Garza

Arraignment/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | CR 15-3386 RB | UNITED STATES vs. MENDIOLA, ET AL | |
| Hearing Date: | 8/17/2021 | Time In and Out: | 9:29 – 9:33 A.M. (4 MIN) |
| Courtroom Deputy: | Becky Wilson | Digital Recording: | Organ |
| Defendant: | LOUIS ESCOBAR | Defendant's Counsel: | CESAR PIERCE-VARELA |
| AUSA: | MATILDA VILLALOBOS | Pretrial/Probation: | VIRGINIA SILVA |
| Interpreter: | N/A | | |

## Proceedings

- ☐ First Appearance by Defendant
- ☐ Defendant waived appearance at Arraignment
- ☒ Defendant received a copy of charging document
- ☒ Defendant questioned re: time to consult with attorney regarding penalties
- ☒ Defendant waives reading of Indictment
- ☒ Defendant enters a Not Guilty plea
- ☒ Motions due by: Tuesday, September 07, 2021
- ☒ Parties agree Standing Discovery Order to be electronically entered    ☐ Discovery Order previously entered    ☐ Discovery Order not entered; parties to confer pursuant to Rule 16.1(a) within 14 days
- ☒ Case assigned to: Judge Brack
- ☒ Trial will be scheduled by presiding judge    ☐ Trial currently set
- ☐ Defendant waives Detention Hearing

## Custody Status

- ☒ Defendant will remain in custody — Flight Risk and Danger to Community
- ☐ Conditions

## Other

☒ AFTER REVIEWING THE PRETRIAL REPORT AND DEFENDANT'S HISTORY, DEFENSE HAS NOTHING TO OFFER ON DETENTION. GOVERNMENT REQUESTS DEFENDANT BE DETAINED AS A FLIGHT RISK AND DANGER TO COMMUNITY BASED ON CRIMINAL HISTORY AND NATURE OF CHARGES. COURT FINDS DEFENDANT IS A FLIGHT RISK AND DANGER AND WILL BE DETAINED.