FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

NOV 15 2021

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 15-3386 RB |
| vs. | ) |
| LOUIS ESCOBAR, | ) |
| Defendant. | ) |

**PROPOSED SCHEDULING ORDER**

The Court, having granted the motion by the United States and the defendant to declare this case complex, and considering the parties proposed scheduling order, hereby imposes the following deadlines, without objection from the parties, in this case:

1. January 28, 2022:   Completion of discovery by the government, including Brady material (except for the government's continuing duty to disclose);

2. February 11, 2022:   Completion of reciprocal discovery by the defendant (except for the defendant's continuing duty to disclose);

3. February 25, 2022:   Expert witness notices and reports; Fed. R. Crim. P. 16 discovery motions; Fed. R. Crim. P. 7(f) motions;

4. March 11, 2022:   Responses to Fed. R. Crim. P. 16 discovery motions and Rule 7(f) motions;

5. April 8, 2022:   Fed. R. Crim. P. 12 pretrial motions; *Daubert* motions;

6. April 29, 2022:   Responses to pretrial and *Daubert* motions;

7. May 6, 2022:   Replies to responses to pretrial and *Daubert* motions;

| | | |
|---|---|---|
| 8. | May 20, 2022: | Plea agreement; notices of defenses pursuant to Fed. R. Crim. P. 12.1 and 12.3; |
| 9. | June 3, 2022: | Responses to notices of defenses; motions *in limine;* Fed. R. Evid. 404(b) notices; jury instructions; proposed *voir dire;* |
| 10. | June 13, 2022: | Jury Selection/Trial at 9:00 a.m., Federal Courthouse, Las Cruces, New Mexico. |

The Court further orders that the United States shall make available to the defendant by the time required by the applicable law all material for which disclosure is mandated by *Giglio v. United States,* 405 U.S. 150 (1972) and the Jencks Act, 18 U.S.C. § 3500.

The Court further orders. pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), that the time betweenthe entry of this Order and the trial date is excluded for the purposes of the Speedy Trial Act computation.

/s/ Robert C. Brack
HONORABLE ROBERT C. BRACK
SENIOR UNITED STATES DISTRICT JUDGE